UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Devon Bank, et al.

                              Plaintiff,

v.                                                                 Case No.: 1:17–cv–09286
                                                                    Honorable John Z. Lee

United States of America, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 26, 2018:

        MINUTE entry before the Honorable John Z. Lee:Plaintiff's response to Defendant's motion to strike subparagraphs [22] shall be due by 3/13/18; reply due by 3/20/17. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.