3033987-CMC/CPG/ASM											ARDC#6299806

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DEVON BANK, as Guardian of the Estate of ALAYNA HIKE a minor, and RHONDA JONES, Individually, | ] ] ] |
| Plaintiff, | ] Case No: 17-cv-09286 ] |
| vs. | ] Hon. John Z. Lee |
| UNITED STATES OF AMERICA and VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER, | ] ] Magistrate Judge ] Sheila M. Finnegan |
| Defendants. | ] |

**AGREED MOTION FOR QUALIFIED PROTECTIVE ORDER PURSUANT TO HIPAA**

NOW COMES the defendant, VHS WEST SUBURBAN MEDICAL CENTER, INC., d/b/a WEST SUBURBAN MEDICAL CENTER, by and through its attorneys, SmithAmundsen LLC, pursuant to 42 U.S.C. §1320d and 45 CFR Parts 160 and 164 (HIPAA) and requests that this Honorable Court enter a Qualified Protective Order, stating as follows:

1. Plaintiffs have filed a case to recover for alleged injuries that occurred as a result of care and treatment Plaintiff received on or about December 2, 2016, at West Suburban Medical Center in Oak Park, Cook County, Illinois.

2. The defendant, treating physicians, hospitals and other health care providers disclosed by plaintiff in this case, are all "covered entities" as defined by 45 CFR 160.103. HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorization or qualified protective order. 45 CFR § 164.512(e).

3. These covered entities are all in possession of "protected health information" ("PHI") as defined by 45 CFR 160.103 and 160.501, in the form of medical records (imaging, test results, insurance documents, notes orders, labs, correspondence, pathology, etc.) pertaining to Plaintiffs, ALAYNA HIKE a minor, and RHONDA JONES.

1

4.Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to Plaintiffs, ALAYNA HIKE a minor, and RHONDA JONES, which is in the treating providers' possession.

5.Counsel for Plaintiffs and Defendant the United States agree to this motion.

WHISEFORE, the defendant, VHS WEST SUBURBAN MEDICAL CENTER, INC., d/b/a WEST SUBURBAN MEDICAL CENTER, respectfully requests that this Honorable Court enter the proposed Order permitting the use and disclosure of PHI created or received by any covered entity who has provided health care to Plaintiffs, ALAYNA HIKE a minor, and RHONDA JONES, for any purpose connected with the pending litigation.

Respectfully Submitted,

SMITHAMUNDSEN LLC

/s/ Anna S. Morrissey
Anna S. Morrissey, ARDC #6324380
Attorneys for Defendant, VHS West Suburban
Medical Center, Inc.

Carmel Cosgrave - #3127000
Colin P. Gainer - #6299806
Anna S. Morrissey - #6324380
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 – FAX
cgainer@salawus.com
ccosgrave@salawus.com
amorrissey@salawus.com

3033987-CMC/CPG/ASM                                                           ARDC#6299806

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DEVON BANK, as Guardian of the Estate of ALAYNA HIKE a minor, and RHONDA JONES, Individually, | ] ] ] |
| Plaintiff, | ] Case No: 17-cv-09286 ] |
| vs. | ] Hon. John Z. Lee |
| UNITED STATES OF AMERICA and VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER, | ] ] Magistrate Judge ] Sheila M. Finnegan |
| Defendants. | ] |

**AGREED HIPAA QUALIFIED PROTECTIVE ORDER**

This cause coming to be heard on the Motion of **VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER**, for entry of a Qualified Protective Order pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA,"), due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED AS FOLLOWS:

(1) The current parties (and their attorneys) and any future parties (and their attorneys) to the above-captioned matter are hereby authorized to receive, subpoena, and transmit "protected health information" ("PHI") pertaining to Plaintiffs, ALAYNA HIKE a minor, and RHONDA JONES, to the extent and subject to the conditions outlined herein;

(2) For purposes of this Qualified Protective Order, "protected health information" or "PHI" shall have the same scope and definition as set forth in 45 CFR 160.103 and 160.501. Without limiting the generality of the foregoing, "PHI" includes, but is not limited to, health information, including demographic information, relating to either:

    (a)    the past, present or future physical condition of an individual;
    (b)    the provision of care to an individual; and/or
    (c)    the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

(3) All "covered entities" (as defined by 45 CFR 160.13) are hereby authorized to disclose "PHI" pertaining to Plaintiffs, ALAYNA HIKE a minor, and RHONDA JONES, to all attorneys, now of record, or who may become of record in the future of this litigation;

(4) The parties and their attorneys shall be permitted to use the "PHI" of Plaintiffs, ALAYNA HIKE a minor, and RHONDA JONES, in any manner reasonably connected with the above captioned litigation. This includes, but is not limited to, disclosure to the parties, the attorneys' firm (i.e., attorneys, support staff, agents and consultants), the parties' insurers,

experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members and other entities involved in the litigation process;

(5) At the conclusion of the litigation as to any defendant (defined as the point at which final orders disposing of the entire case as to any defendant have been entered, or the time at which all trial and appellate proceedings have been exhausted as to any defendant), that defendant, and any person or entity in possession of "PHI" received pursuant to Paragraph 4, supra, shall destroy any and all copies of "PHI" pertaining to Plaintiffs, ALAYNA HIKE a minor, and RHONDA JONES, except:

    (a) the defendant that is no longer in the litigation may retain "PHI" generated by him/her/it; and
    (b) the remaining defendants in the litigation, and persons or entities receiving "PHI" from those defendants, pursuant to Paragraph 4, supra, may retain "PHI" in their possession;

(6) This order shall not control or limit the use of "PHI" pertaining to Plaintiffs, ALAYNA HIKE a minor, and RHONDA JONES, that comes into possession of any party, or any party's attorney, from a source other than a "covered entity" (as defined in 45 CFR 160.103);

(7) Nothing in this order authorizes defense counsel to obtain medical records or information through means other than formal discovery requests, subpoena, depositions, patient authorization, or through attorney-client communications;

(8) Nothing in this order relieves any party from complying with the requirements of:

    (a) the Illinois Mental Health & Developmental Disabilities Confidentiality Act (740 ILCS 110/1 et. seq.);
    (b) the Aids Confidentiality Act (410 ILCS 305/1 et. seq); or
    (c) state and federal law which protects certain drug and alcohol records (20 ILCS 301/30-5; 42 USC 290dd-3, 290ee-3 and 42 CFR Part 2).

ENTER:

_____
JUDGE                          NO.

Carmel Cosgrave - #3127000

Colin P. Gainer - #6299806
Anna S. Morrissey - #6324380
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 – FAX
cgainer@salawus.com
ccosgrave@salawus.com
amorrissey@salawus.com

4

3033987-CMC/CPG/ASM                                                                     ARDC#6299806

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DEVON BANK, as Guardian of the Estate of ALAYNA HIKE a minor, and RHONDA JONES, Individually, | ] ] ] |
| Plaintiff, | ] Case No: 17-cv-09286 ] |
| vs. | ] Hon. John Z. Lee |
| UNITED STATES OF AMERICA and VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER, | ] ] Magistrate Judge ] Sheila M. Finnegan |
| Defendants. | ] |

**CERTIFICATE OF SERVICE**

      I, Anna S. Morrissey, hereby certifies that on the 26th day of April, 2018, a copy of the foregoing **Defendant, VHS West Suburban Medical Center, Inc.'s Agreed Motion for Qualified Protective Order Pursuant to HIPAA and Proposed Order**, was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system if they are registered with the CM/ECF E-Filing System. Parties may access this filing through the Court's system.

***Parties receiving service via CM/ECF E-Filing System are as follows***:

| | |
|---|---|
| Matthew Mitchell Patterson | Megan Elizabeth Donohue |
| Ryan Patrick Timoney | Assistant United States Attorney |
| Jack Milton Beam | 219 South Dearborn Street |
| Beam Legal Team LLC | Chicago, IL 60604 |
| 954 W Washington Blvd, Suite 215 | |
| Chicago, IL 60607 | |

/s/ Anna S. Morrissey
Anna S. Morrissey, ARDC # 6324380
Attorneys for Defendant, VHS West Suburban
Medical Center, Inc.

Colin P. Gainer - #6299806
Carmel Cosgrave - #3127000
Anna S. Morrissey - #6324380
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 – FAX
cgainer@salawus.com
ccosgrave@salawus.com
amorrissey@salawus.com

5