**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEVON BANK as the Guardian of the Estate of ALAYNA HIKE, a minor, and RHONDA JONES, Individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:17-cv-09286 |
| v. | ) ) | |
| UNITED STATES OF AMERICA; et al. | ) ) | |
| Defendants. | ) ) | |

## **PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS**

NOW COME, the Plaintiffs, DEVON BANK, as Guardian of the Estate of ALAYNA HIKE, a Minor and RHONDA JONES, Individually, by and through her attorneys, Beam Legal Team, LLC, and hereby files this Motion to Compel. In support thereof, Plaintiffs would respectfully show unto the Court the following:

## **CERTIFICATION OF GOOD FAITH**

The undersigned counsel's office certifies that attempts to resolve the discovery issues contained in the foregoing motion have been made, and that despite counsel's good faith attempts to resolve the dispute(s), counsel has been unable to do so without Court intervention.

## **MOTION**

DEVON BANK as the Guardian of the Estate of ALAYNA HIKE, a minor, and RHONDA JONES, Individually, through undersigned counsel filed their Complaint on December 27, 2017, alleging that the collective negligence of the Defendants caused Alayna Hike to suffer permanent and debilitating birth injuries, including spastic quadriplegic cerebral palsy, hypoxic ischemic brain damage, neonatal seizures, and dysphagia.

1. Following Plaintiffs submission of Responses to Mandatory Initial Discovery on March 20, 2018, the undersigned counsel's office first requested the depositions of seven (7) fact witnesses, including:

   a. Erika Castro, M.D.
   b. Rebecca DeHoek, M.D.
   c. Morgan Madison, M.D.
   d. Sveva Brown, M.D.
   e. Lizbeth Rodriguez, M.D.
   f. Briana Johnson, R.N. (Scheduled)
   g. Jennifer Joseph, R.N.

   See Correspondence dated March 22, 2018, attached hereto as **Exhibit A**.

2. After receiving no response, Plaintiffs counsel's office followed-up on the status of the request for scheduling fact witness depositions on April 9, 2018. At the same time, Plaintiffs counsel's office voluntarily offered to present Plaintiff-mother for deposition. See Email correspondence dated April 9, 2018, attached hereto as **Exhibit B**.

3. On April 13, 2018, Plaintiffs counsel's office served written discovery upon counsel for Defendants VHS West Suburban Medical Center, Inc. and Defendant United States of America. In closing, the undersigned counsel's office once again requested the status of deposition dates for fact witnesses, and again offered to present Plaintiff-mother. See Email correspondence dated April 13, 2018, attached hereto as **Exhibit C**,

4. On April 19, 2018, in yet another attempt to obtain deposition dates, the Plaintiffs counsel's office reiterated its requests of 03/22/18, 04/09/18 and 04/13/18 to schedule the deposition of seven (7) fact witnesses. Plaintiff's counsel's office further advised that if no response was received by April 25, 2018, Plaintiffs counsel's office would be forced to file a motion to compel. See Correspondence dated April 19, 2018, attached hereto as **Exhibit D**.

5. In response on April 20, 2018, Plaintiffs' counsel Jack Beam had a telephone conversation with Defense counsel, Anna Morrissey, wherein she complained that she didn't have enough time to obtain dates for nurses depositions, because their schedules were not yet available. Mr. Beam countered that he had considerations on his side as well, including the profound needs of his brain damaged client.

6. On April 23, 2018, Defendant USA counsel, Megan Donohue stated, "I will certainly work on getting dates". Defendant USA counsel further stated her desire to take the deposition of Plaintiff first. See Email correspondence April 23, 2018, attached hereto as **Exhibit E**.

7. Without hesitation, Plaintiffs counsel's office immediately complied with opposing counsel's request by providing numerous dates for Plaintiff mother's availability to be deposed. See Email correspondence dated April 24, 2018, attached hereto as **Exhibit F**. (To date neither Defendant has accepted any of those dates.)

8. Despite the requests and accommodations provided to opposing counsel, Plaintiffs counsel's office has only been successful in scheduling one defense fact witness, Briana Johnson, R.N.

9. In a final attempt to resolve the deposition scheduling delays, Plaintiffs counsel's office sent its last request. See Email correspondence dated April 26, 2018, attached hereto as **Exhibit G**.

10. There is no reason for Defendants' continued failure to provide all of the requested deposition dates. Moreover, it is obvious that relief from this Honorable Court is necessary to effectuate discovery in this action.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to enter an Order compelling Defendants to provide dates certain for (1) Erika Castro, MD; (2) Rebecca DeHoek, M.D.; (3) Morgan Madison, M.D. (4) Sveva Brown, M.D.; (5) Lizbeth Rodriguez, M.D.; and (6) Jennifer Joseph, RN.

Dated: May 2, 2018

        By counsel,

        /s/ Matthew M. Patterson
        JACK BEAM, Esq. (6285383)
        MATTHEW M. PATTERSON, Esq. (6316641)
        RYAN TIMONEY, Esq. (6324756)
        **BEAM LEGAL TEAM LLC**
        954 W. Washington Blvd., Suite 215
        Chicago, IL 60607
        (312) 733-0930
        (312) 733-0921 (fax)
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Matthew M. Patterson, of Beam Legal Team, LLC, counsel for Plaintiffs, hereby certify that on May 2, 2018, I electronically filed *PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS* with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants. I further certify that on this date, a copy of same was sent to all counsel of record via electronic mail as indicated below.

Megan E. Donohue, Esq./John R. Lausch, Jr., Esq.
219 South Dearborn St.
Chicago, IL 60604
Megan.Donohue@usdoj.gov
*Attorneys for Defendant USA*

Colin Patrick Gainer, Esq./Carmel M. Cosgrave, Esq./Anna S. Morrissey, Esq.
Smith Amundsen LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
CGainer@salawus.com, ccosgrave@salawus.com, Amorrissey@salawus.com
*Attorneys for Defendant West Suburban Medical Center*

                                            /s/ Matthew M. Patterson
                                            MATTHEW M. PATTERSON, Esq. (6316641)