# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEVON BANK as the Guardian of the Estate of ALAYNA HIKE, a minor, and RHONDA JONES, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, and VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER <br><br> Defendants. | Case No.: 1:17-cv-09286 |

## PLAINTIFFS' MOTION FOR SCHEDULING ORDER AND TRIAL DATE CERTAIN

NOW COME, the Plaintiffs, DEVON BANK, as Guardian of the Estate of ALAYNA HIKE, a Minor and RHONDA JONES, Individually, by and through their attorneys, Beam Legal Team, LLC, and submit the following *Plaintiffs' Motion for Scheduling Order and Trial Date Certain*. In support thereof, the Plaintiffs would respectfully show unto the court the following:

1. Defendants' negligence caused Alayna Hike to suffer permanent and catastrophic injuries, including hypoxic ischemic brain damage, neonatal seizures and cerebral palsy.

2. Plaintiffs' initial Complaint in this action was filed on December 27, 2017 (Doc. 1).

3. This action has been protracted due to delays regarding discovery. In fact, the parties recently appeared before Magistrate Finnegan on August 3rd on Plaintiffs' Motion to Compel Written Discovery (Doc. 47). By way of example, relevant audit trail records and policies and procedures – to which Plaintiffs are entitled – have not been produced.

1

4. All fact witness and treater depositions are ordered to be completed by October 31, 2018 (Doc. 27).

5. Plaintiffs are currently finalizing their expert witness disclosures, which Plaintiffs intend to serve on Defendants no later than December 3, 2018.

6. On or about March 1, 2018, Plaintiffs and Defendants filed a Joint Initial Status Report (Doc. 26) which outlined the following proposed expert disclosure dates:

    a. Plaintiffs' expert witnesses disclosed by: December 3, 2018
    b. Plaintiffs' expert witness depositions completed by: March 1, 2019
    c. Defendants' expert witnesses disclosed by: May 1, 2019
    d. Defendants' expert witness deposition completed by: August 1, 2019

7. Plaintiffs respectfully request that this Court order disclosure deadlines as set forth above to expedite the discovery process and promote the swift disclosure expert discovery.

8. Given the busy schedules of all parties, it would serve the interests of justice, promote efficiency, and avoid additional unnecessary delays to be proactive in setting a trial date for this matter as soon as possible. More importantly, the monies sought for medical care and therapies are much more efficacious if received sooner rather than later. Alayna is an indigent child of tender years who is now, and will forever be, dependent on others for even the most basic human needs.

9. A trial date in late 2019 would provide more than ample time to complete the outstanding discovery as outlined above as well as pre-trial procedures.

10. Accordingly, Plaintiffs respectfully request that this Honorable Court set a scheduling order for expert disclosures and depositions, as well as a trial date certain for September, October, November or December 2019 that is mutually convenient for all parties involved.

11. This Court has authority pursuant to Federal Rule 16 of Civil Procedure to enter an Order setting expert disclosure deadlines and a date for trial. F.R.C.P. 16(b)(3)(B)(i), (vi).

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion For Scheduling Order and Trial Date Certain, and enter an order to set expert disclosures and depositions deadlines, and a trial date certain for September, October, November or December.

Dated August 13, 2018

> Devon Bank, as Guardian of the Estate of ALAYNA HIKE, and RHONDA Jones, individually, Plaintiff.
>
> By counsel,
>
> /s/ Jack Beam
> Jack Beam, Esq. (6285383)
> Matthew M. Patterson, Esq. (6316641)
> Ryan Timoney, Esq. (6324756)
> **BEAM LEGAL TEAM LLC**
> 954 W. Washington Blvd, Suite 215
> Chicago, IL 60607
> Phone: 312-733-0930
> Fax: 312-733-0921
> jbeam@beamlegalteam.com
> mpatterson@beamlegalteam.com
> rtimoney@beamlegalteam.com
> *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I, Jack Beam, of Beam Legal Team, LLC, counsel for Plaintiffs, hereby certify that on August 13, 2018, I electronically filed *Plaintiffs' Motion For Scheduling Order and Trial Date Certain* with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants. I further certify that on this date, a copy of same was sent to all counsel of record via electronic mail as indicated below.

Megan E. Donohue, Esq./John R. Lausch, Jr., Esq.
219 South Dearborn St.
Chicago, IL 60604
Megan.Donohue@usdoj.gov
*Attorneys for Defendant USA*

Colin Patrick Gainer, Esq./Carmel M. Cosgrave, Esq./Anna S. Morrissey, Esq.
Smith Amundsen LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
CGainer@salawus.com, ccosgrave@salawus.com, Amorrissey@salawus.com
*Attorneys for Defendant West Suburban Medical Center*

              /s/ Jack Beam
              JACK BEAM, Esq. (6285383)