# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Devon Bank, et al.

                              Plaintiff,

v.                                                 Case No.: 1:17–cv–09286
                                                                     Honorable John Z. Lee

United States of America, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 11, 2018:

      MINUTE entry before the Honorable John Z. Lee:Status and motion hearing held on 9/11/18. Plaintiffs' motion for scheduling order and trial date certain [55] is granted in part and denied. Plaintiffs' expert witnesses should be disclosed by 12/3/18; Plaintiffs expert witness depositions should be completed by 3/1/19; Defendants' experts are to be disclosed by 3/4/19; Defendants' expert witness depositions should be completed by 5/31/19; the close of expert discovery is 5/31/19. All fact depositions should be completed by 11/30/18. Plaintiffs' motion for leave to file additional appearance of David S. Atlas [57] is granted. Status hearing set for 12/6/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.