IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEVON BANK as the Guardian of the Estate of ) <br> ALAYNA HIKE, a minor, and ) <br> RHONDA JONES, Individually, ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA and ) <br> VHS WEST SUBURBAN MEDICAL CENTER, INC. ) <br> d/b/a WEST SUBURBAN MEDICAL CENTER ) <br>       Defendants. ) | No.   17-cv-09286 |

## PLAINTIFFS' STATUS REPORT

NOW COME the Plaintiffs, DEVON BANK, as Guardian of the Estate of ALAYNA HIKE, a Minor and RHONDA JONES, Individually, by and through their attorneys, Beam Legal Team, LLC, and submit the following *Plaintiffs Status Report,* pursuant to the Court's direction during the 8/14/19 status hearing:

Please be advised that Plaintiffs will not be filing a motion for summary judgment.


Dated: August 29, 2019

                                              By counsel,

                                              /s/ Matthew M. Patterson
                                              JACK BEAM, Esq. (6285383)
                                              MATTHEW M. PATTERSON, Esq. (6316641)
                                              RYAN TIMONEY, Esq. (6324756)
                                              **BEAM LEGAL TEAM LLC**
                                              954 W. Washington Blvd., Suite 215
                                              Chicago, IL 60607
                                              (312) 733-0930; (312) 733-0921 (fax)
                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Matthew M. Patterson, an attorney, hereby certify that on August 29, 2019, I caused ***Plaintiffs' Status Report*** to be served on the following counsel of record by electronic mail as indicated below:

Jimmy Arce, Esq./Tom Walsh, Esq.
219 South Dearborn St.
Chicago, IL 60604
JArce@usa.doj.gov; TWalsh1@usa.doj.gov
***Attorneys for Defendant USA***

Carmel M. Cosgrave, Esq./Dana Raymond, Esq.
Smith Amundsen LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
ccosgrave@salawus.com; draymond@salawus.com
***Attorneys for Defendant West Suburban Medical Center***

/s/ Matthew M. Patterson
MATTHEW M. PATTERSON, Esq. (6316641)