**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEVON BANK as the Guardian of the Estate of ALAYNA HIKE, a minor, and RHONDA JONES, Individually, | ) | |
| Plaintiffs, | ) | Hon. John Z. Lee |
| v. | ) | Case No.: 1:17-cv-09286 |
| UNITED STATES OF AMERICA, and VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER | ) | |
| Defendants. | ) | |

**PLAINTIFFS' PETITION TO APPROVE SETTLEMENT OF MINOR**

NOW COME, the Plaintiffs, DEVON BANK, as Guardian of the Estate of ALAYNA HIKE, a Minor and RHONDA JONES, Individually, by and through their attorneys, Beam Legal Team, LLC, and submit the following *Plaintiffs' Petition to Approve Settlement of Minor*. In support thereof, the Plaintiffs would respectfully show unto the court the following:

1. This cause of action arises out of the labor and delivery of Alayna Hike, a minor, on December 2, 2016 at West Suburban Medical Center, which resulted in her alleged permanent and catastrophic brain damage.

2. Rhonda Jones presented to West Suburban Medical Center on December 1, 2016 at around 11:59am. She was 40 years old, gravida 11, para 9, at 38 5/7 weeks, and presented with possible loss of fluid, visual changes and seeing spots, positive frontal headache, and tingling sensation of bilateral hands. Rhonda Jones was admitted to Labor and Delivery for induction of labor, induced for diagnosis of severe preeclampsia and ordered to receive continuous electronic fetal heart monitoring. It is alleged that given the following risk factors: advanced maternal age,

extreme grand parity, severe preeclampsia with severe features, possible gestational diabetes, limited prenatal care, and obesity, Rhonda Jones was a high-risk patient who needed to be assessed and/or managed by specialists including maternal fetal medicine specialist(s) and/or obstetrician-gynecologist(s) during her admission. Rhonda Jones' labor was managed by the agents and/or employees of Defendant Hospital and/or Defendant USA, including federal employees Erika Castro, M.D., Rebecca Dehoek, M.D., Sveva Brown, M.D., Morgan Madison, M.D. who were family medicine physicians who Plaintiffs allege did not possess the specialized training, education, and experience to appropriately care for a patient such as Rhonda Jones, and other staff at West Suburban Medical Center. Specifically, Plaintiffs' contend the deemed federal employees of the United States of America were professionally negligent in their management, care and treatment of Rhonda Jones and her unborn baby. It is also alleged that despite the order for continuous monitoring, there are hours of tracing that are illegible or otherwise unreadable as to the status of the fetal heart rate and/or the contractions. The records indicate that crash c-section was performed with delivery of Baby Alayna at or about 00:52 on December 2, 2016, which Plaintiffs allege was a late delivery, resulting in a severe hypoxic ischemic brain injury, seizures, cerebral palsy and feeding difficulties requiring G-Tube placement.

3. Plaintiffs assert that Rhonda Jones, Alayna's mother, also has an independent personal injury action from the underlying action as a result of the Defendants' alleged negligence. Due to the Defendants' alleged delay in performing a c-section, Ms. Jones suffered a placental abruption and experienced blood loss. As a result, Ms. Jones was admitted in the ICU for several days, given multiple blood transfusions and experienced pain and suffering, independent of her daughter's pain and suffering. Moreover, Ms. Jones has a claim under the

Illinois Family Medical Expense Act for the extraordinary services, above that of a parent of a healthy, typical child, she has rendered to Alayna both past and future.

4. Devon Bank was appointed Guardian of the Estate of Alayna Hike, a minor, on April 14, 2017 by a Cook County Probate Court of competent jurisdiction. See Order Appointing Guardian of Minor attached hereto as Exhibit A.

5. On December 27, 2017, Plaintiff filed suit against Defendants, United States of America and West Suburban Medical Center, and assigned Case No. 17 CV 09286.

6. In various places throughout the medical records, Alayna Hike is referenced by many other names, including the following: "Alayna Jones", "Elaine Jones", "Elaine Hike", "Elaina Jones", "Elaina Hike", "Aalayna Jones" and/or "Aalayna Hike".

7. Rhonda Jones is the natural mother of Alayna Hike. She is a competent adult under no legal disability.

8. After commencing suit, extensive discovery was exchanged between the parties, numerous depositions were taken, including depositions of highly trained experts in the fields of nursing, obstetrics/gynecology, maternal fetal medicine, neurology, radiology, physical medicine and rehabilitation and economics. Pre-trial settlement negotiations were conducted, including in part with the Honorable Judge Michael J. Gallagher. After months of negotiating, Plaintiffs and Defendant USA were able to reach an agreement for full settlement of claims against Defendant United States of America in the amount of Fifteen Million Dollars ($15,000,000.00). See Stipulation for Compromise of Settlement[1], attached hereto as Exhibit B.[2] Moreover, Plaintiffs

[1] This petition's description of the settlement agreement between the United States and the Plaintiffs is a summary only. It does not modify or supplement the settlement agreement, and to the extent there is a conflict between the settlement agreement and the petition, the settlement agreement controls, consistent with this Court's Order.

and the Defendant West Suburban Medical Center were able to reach an agreement for full settlement of claims against Defendant West Suburban Medical Center, subject to confidentiality.

9. Plaintiffs seek approval of the global settlement with the United States of America and West Suburban Medical Center from this Court, as both settlements were reached in good faith, are fair, reasonable, and in the best interests of the minor, Alayna Hike, and Rhonda Jones.

10. Throughout this litigation, counsel for Plaintiffs advanced expenses during investigation and litigation that have been incurred and itemized on the cost sheet totaling $236,045.93. See Itemization of Costs, attached hereto as Exhibit C. The undersigned believes such costs were usual, customary, and necessary for the prosecution of said lawsuit to date, and requests this Court approve of reimbursement of said costs.

11. The undersigned believes, and asks this Court to make a finding that, the probate expenses claimed herein are reasonable, however, reimbursement of the same must be obtained from the Probate Estate.

12. Plaintiffs, Devon Bank, as Guardian of the Estate of Alayna Hike, a minor, and Rhonda Jones, individually, entered into a Legal Services Contract, which provides for reimbursement of costs advanced by the firms, as well as an attorney fee in the sum Twenty Five Percent (25%) of all monies recovered for any United States of America Defendant, pursuant to the Federal Tort Claims Act (see 28 U.S. Code § 2678), and Thirty Three and One Third Percent (33.33%) of all monies recovered for any non United States of America Defendant. See CFA attached hereto as Exhibit D. Undersigned counsel believes said fee provisions and litigation

[2] Following approval of the settlement by this Court, the representative of Devon Bank will execute the attached Stipulation for Compromise of Settlement in compliance with local and Cook County rules. At that time, Defendant United States of America will execute the Stipulation for Compromise of Settlement.

expenses are customary, fair and reasonable, in compliance with Local Rule 6.5(1)(d). Plaintiffs recommend approval of Three Million Seven Hundred Fifty Thousand Dollars ($3,750,000.00), representing Twenty Five Percent (25%) of the settlement with Defendant USA. Plaintiffs further recommend approval of attorney fees in the amount of Thirty Three and One Third Percent (33.33%) of the settlement with Defendant West Suburban Medical Center.

13. The terms of this proposed settlement have been explained to the representative of Devon Bank, James Benz, and to Rhonda Jones. Plaintiffs, relying on the advice of Beam Legal Team LLC, believe this settlement was reached in good faith and is fair and reasonable under all the circumstances of this case, as to Defendant United States of America and West Suburban Medical Center. Undersigned counsel likewise believes that the offer is fair and reasonable and recommends that the Court approve these settlements between Plaintiffs and the Defendant United States of America and West Suburban Medical Center.

14. Plaintiffs have conferred with all parties to this suit and the relief sought is not contested among the parties.

15. The Plaintiffs have met and conferred with Defendants regarding this petition. Defendant United States of America has no objection to Plaintiffs' petition or the relief requested herein. Likewise, Defendant West Suburban has no objection to Plaintiffs' petition or the relief requested herein.

16. The statements herein are true to the best of Plaintiffs' knowledge and belief.

17. In summary, Plaintiffs request as follows:

Plaintiffs, Devon Bank, as Guardian of the Estate of Alayna Hike, a minor, and Rhonda Jones, individually, respectfully requests entry of an Order approving the final settlement of this cause of action with the Defendant United States of America; finding the terms of said

agreement to be fair and reasonable, and reached in good faith; finding the litigation expenses and attorney fee to be fair and reasonable under the circumstances; and authorizing the Plaintiffs, to execute a Release to conclude the final settlement of this cause of action against said Defendant United States of America; and then dismissing this case against the Defendant United States of America, with prejudice and without assessment of costs. Plaintiff further requests that the Court authorize distribution of the proceeds of this settlement as follows:

a. **$3,750,000.00** payable to Beam Legal Team, LLC, said sum representing the total attorney fees payable pursuant to the contingency fee, FTCA and 28 U.S. Code § 2678, which is fair and reasonable;
b. **$236,045.93** payable to Beam Legal Team, LLC, said sum representing reimbursement for attorney costs expended in this matter as counsel to Plaintiffs, which is fair and reasonable;
c. **$39,352.43** payable to Equian in care of CountyCare Health Plan (an IL Medicaid plan);
d. **$44,269.90** payable to Equian in care of Molina Healthcare of Illinois (an IL Medicaid plan);
e. **$7,000,000.00** payable to Brant, Hickey & Associates, general agent for Settlement Advisors LLC to purchase an annuity as set out in the Irrevocable Reversionary Inter Vivos Grantor Medical Care Trust For The Benefit of Alayna Hike, Exhibit E;
f. **$500,000.00** payable to the Irrevocable Reversionary Inter Vivos Grantor Medical Care Trust For The Benefit of Alayna Hike;
g. **$3,430,331.74** payable to Devon Bank, as Guardian of the Estate of Alayna Hike;

Plaintiffs, Devon Bank, as Guardian of the Estate of Alayna Hike, a minor, and Rhonda Jones, individually, respectfully requests entry of an Order approving the final settlement of this cause of action with the Defendant West Suburban Medical Center; finding the terms of said agreement to be fair and reasonable, and reached in good faith; finding the litigation expenses and attorney fee to be fair and reasonable under the circumstances; and authorizing the Plaintiffs to execute a Release to conclude the final settlement of this cause of action against said Defendant West Suburban Medical Center; and then dismissing this case against the Defendant West Suburban Medical Center, with prejudice and without assessment of costs. Plaintiffs further

request that the Court authorize distribution of the proceeds of this settlement in accord with the proposed confidential distribution reflected in Attachment A to Plaintiff's Proposed Order (Exhibit F), provided to the Court under separate cover per standing order and to be kept confidential and filed under seal per the Parties confidential agreement.

WHEREFORE, Plaintiffs Request this Honorable Court grant *Plaintiffs' Petition to Approve Settlement of Minor* and enter the Order attached hereto as Exhibit F.

Dated: November 8, 2019.

Devon Bank, as Guardian of the Estate of
ALAYNA HIKE, and RHONDA Jones,
individually, Plaintiff.

By counsel,

/s/ Matthew M. Patterson

Jack Beam, Esq. (6285383)
Matthew M. Patterson, Esq. (6316641)
Ryan Timoney, Esq. (6324756)
**BEAM LEGAL TEAM LLC**
954 W. Washington Blvd, Suite 215
Chicago, IL 60607
Phone: 312-733-0930
Fax: 312-733-0921
jbeam@beamlegalteam.com
mpatterson@beamlegalteam.com
rtimoney@beamlegalteam.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Matthew M. Patterson, of Beam Legal Team, LLC, counsel for Plaintiffs, hereby certify that on November 8, 2019, I electronically filed *Plaintiffs' Petition to Approve Settlement of Minor* with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants. I further certify that on this date, a copy of same was sent to all counsel of record via electronic mail as indicated below.

Thomas Walsh, Esq./Jimmy Arce, Esq.
219 South Dearborn St.
Chicago, IL 60604
Jimmy.Arce@usdoj.gov; Thomas.Walsh2@usdoj.gov
***Attorneys for Defendant USA***

Carmel M. Cosgrave, Esq./Dana Raymond, Esq.
Smith Amundsen LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL 60601
ccosgrave@salawus.com, draymond@salawus.com
***Attorneys for Defendant West Suburban Medical Center***

/s/ Matthew M. Patterson
MATTHEW M. PATTERSON, Esq. (6316641)